# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **ANDRE DIADELL,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | |
| v. | : | **5:95-CR-70 (WDO)** |
| | : | **5:06-CV-237 (WDO)** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation regarding this habeas petition, and the objections filed thereto, the Court hereby dismisses this habeas petition as time barred.

**SO ORDERED this 14th day of September, 2006.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**